IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA FAIR HOUSING, INC., | CV 15-131-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| SUMMIT HOLDINGS, LP, dba MOUNTAIN VILLA APARTMENTS, and FLOYD BECHTOLD, | |
| Defendants. | |

FILED

NOV 0 9 2016

Clerk, U.S District Court
District Of Montana
Missoula

The Plaintiff having filed an unopposed motion to dismiss,

IT IS ORDERED that the motion (Doc. 16) is GRANTED. This action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for April 17, 2017, is VACATED.

Dated this 9th day of November, 2016.

Dana L. Christensen, Chief Judge
United States District Court